DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 W. 7th Avenue # 9
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>  vs.<br><br>ADAM S. BOYD, KEY BANK N.A.,<br>DEBBIE J. BENNETT, and<br>ROBERT S. BOYD,<br><br>              Defendants. | ) Case No.<br>)<br>)<br>)<br>)<br>) COMPLAINT FOR FORECLOSURE OF<br>) PERSONAL PROPERTY<br>)<br>)<br>)<br>)<br>) |

COMES NOW the United States of America and for claim of relief against the above-named Defendants alleges:

1. This is a civil action to collect a debt owed to the United States. Jurisdiction exists by virtue of 28 U.S.C. § 1345. Venue in this district is proper under 28 U.S.C. § 1391(b).

2. On or about May 15, 1997, Defendant Adam S. Boyd executed and delivered to Plaintiff a promissory note in the amount of $35,000.00, a copy is attached as Exhibit A. This note

was rescheduled by a note in the amount of $37,387.68 dated March 10, 1999, a copy of which is attached hereto as Exhibit B.

3. On or about May 15, 1997, Defendant Adam S. Boyd executed and delivered to Plaintiff a promissory note in the amount of $30,000.00, a copy of which is attached hereto as Exhibit C.

4. On or about May 15, 1997, Defendant Adam S. Boyd executed and delivered to Plaintiff a promissory note in the amount of $10,000.00, a copy of which is attached hereto as Exhibit D.

5. On or about March 10, 1999, for the purpose of consolidating and rescheduling the promissory notes described in paragraphs 3 and 4, Defendant Adam S. Boyd executed and delivered to Plaintiff a promissory note in the amount of $44,729.86, a copy of which note is attached hereto as Exhibit E.

6. On or about May 20, 1997, Defendant Adam S. Boyd executed and delivered to Plaintiff a promissory note in the amount of $4,640.00, a copy of which note is attached hereto as Exhibit F. This note was rescheduled by a note in the amount of $4,954.16 dated March 10, 1999, a copy of which is attached as Exhibit G.

7. On or about June 9, 2003, Defendant Adam S. Boyd executed and delivered to Plaintiff a promissory note in the amount of $67,750.00, a copy of which note is attached hereto as Exhibit H.

**Complaint for Foreclosure of Personal Property - Page 2**

8.  To secure the payment of the promissory notes described in paragraphs 2 - 7, Defendant Adam S. Boyd executed security agreements, dated May 1, 1997, February 16, 1999, and May 1, 2003, covering farm and other equipment and livestock, including all after-acquired, replacement and/or substitute equipment and livestock and located in the State of Alaska, copies of which security agreements are attached hereto as Exhibits I, J and K. Said security agreements were perfected by a financing statement filed for record on May 19, 1997, as Instrument No. 431357-0, and a continuation and amendment statement filed for record on April 18, 2002, as Instrument Nos. 2002-515997-9 and 2002-516003-5, Official Records of Alaska Department of Natural Resources. Copies are attached as Exhibits L and M.  By virtue of the security agreements described above, Plaintiff has acquired a perfected security interest in the following described farm and other equipment, and livestock, including all after-acquired, replacement and/or substitute equipment and livestock located in the State of Alaska:

```
1 Tractor, Leylan 270, 1980 S/N 1769820152
1 Hay Tedder Rake, NH 254, 1991 S/N 798115
1 Baler, NH 276, 1980 S/N 2504444
1 Rotary Mower, McCormick 9 foot, 1980 S/N 14968
1 Wheel Rake, Befco 5' wheels, 1995 S/N 154782
1 Semi Tractor, Kenworth
1 Side Roll Sprinkler, Buster 1/4 mile
1 Irr. pump, Detroit diesel eng
1 Main Line Sprinkler, 60 pieces
1 Main Line Pipe, 20 pieces
1 Riser Pipe Line, 120' x 3"

3 Horses
```

**Complaint for Foreclosure of Personal Property - Page 3**

9. Defendant Adam S. Boyd is delinquent in the payment of his indebtedness. In accordance with the provisions of the promissory notes, rescheduled notes, consolidated notes, and security agreements described herein, and after taking all actions required under applicable regulations, on June 24, 2005, Plaintiff did accelerate the maturity of the entire indebtedness owing under the terms of the promissory notes, and security agreements and declared the same to be due. Said Defendant is indebted to Plaintiff in the amount of $131,627.05 principal and interest computed through October 31, 2005, and interest accruing thereafter at the daily rate of $11.72.

10. Defendant Key Bank NA claims an interest in the security property by reason of a lien recorded August 18, 2003, as Instrument No. 2003-546631-4, Official Records of Alaska Department of Natural Resources Recorder's Office.

11. Defendant Debbie J. Bennett claims an interest in the security property by reason of an order and judgment recorded January 13, 2003, as Instrument No. 0000982, Official Records of Alaska Department of Natural Resources Recorder's Office.

12. Defendant Robert S. Boyd is named in this action because all or a portion of the security property is located on his property.

13. The interests of all Defendants are inferior to the interest of the Plaintiff.

WHEREFORE, Plaintiff demands judgment against Defendants as follows:

1. Against Defendant Adam S. Boyd in the amount of $142,581.22 ($131,627.05 principal and $10,954.17 interest accrued through October 31, 2005) and interest to accrue at the rate of $11.72 from October 31, 2005, to the date of judgment, and interest from the date of judgment at the legal rate until paid in full, for costs of suit, and other proper relief.

2. Directing that the security agreements be foreclosed and the personal property be sold by the United States Marshal for the District of Alaska, or designated substitute, in the manner provided by law; and that the parties hereto be allowed to bid at the said foreclosure sale; that the United States Marshal shall, after said sale, execute and deliver forthwith to the purchaser a bill of sale to said personal property.

3. That all persons including the Defendants, together with each and every person claiming any right, title, claim, liens or encumbrances of any kind or character on or against said personal property subsequent to the lien of the Plaintiff's personal property herein foreclosed, may be barred and foreclosed of and from all rights and claims in and to said personal property from and after the delivery of the bill of sale.

4. Directing that the proceeds of the sale be first applied to the costs and expenses of making the sale and secondly, in satisfaction of the sums found to be due the Plaintiff.

**Complaint for Foreclosure of Personal Property - Page 5**

5.  That if the proceeds of the sale are insufficient to satisfy all sums found to be due the Plaintiff, the Plaintiff shall have a deficiency judgment against Defendant Adam S. Boyd.

6.  Giving such other and further relief as the Court deems fit and proper.

DATED this 8th day of June, 2006 at Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/Richard L. Pomeroy
Assistant U.S. Attorney
222 W. 7th Avenue # 9
Anchorage, AK 99513-7567
Phone: 907-271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
AK #8906031

**Complaint for Foreclosure of Personal Property - Page 6**