Complaint Exhibits Table of Contents

| | |
|---|---|
| Exhibit A | Promissory Note Dated May 15, 1997 |
| Exhibit B | Promissory Note Dated March 10, 1999 |
| Exhibit C | Promissory Note Dated May 15, 1997 |
| Exhibit D | Promissory Note Dated May 15, 1997 |
| Exhibit E | Promissory Note Dated March 10, 1999 |
| Exhibit F | Promissory Note Dated May 20, 1997 |
| Exhibit G | Promissory Note Dated March 10, 1999 |
| Exhibit H | Promissory Note Dated June 9, 2003 |
| Exhibit I | Security Agreement Dated May 1, 1997 |
| Exhibit J | Security Agreement Dated February 16, 1999 |
| Exhibit K | Security Agreement Dated May 1, 2003 |
| Exhibit L | UCC Financing Statement Recorded May 19, 1997 |
| Exhibit M | UCC Financing Statement Recorded April 18, 2002 |