FINANCING STATEMENT - This Financing Statement is presented to Filing Officer for filing pursuant to the UCC:

| Debtor(s) (Last Name First) and Address(es) | SECURED PARTY UNITED STATES OF AMERICA acting through | For Filing Officer (Date, Time, Number, and Filing Office) |
|---|---|---|
| Boyd, Adam S. P.O. Box 846 Palmer, Alaska 99645 | Farm Service Agency, USDA 800 W. Evergreen, Suite 216 Palmer, Alaska 99645 (County Office Address) | '97 MAY 19 PM 12:36 RECEIVED ALASKA 43127 43557 |

1. This Financing Statement covers the following types or items of collateral, including proceeds and products thereof:
   (a) Crops, livestock, other farm products, farm and other equipment, supplies, inventory, accounts and contract rights:
   (b) All Irrigation Equipment
2. Disposition of such collateral is not hereby authorized.
3. Crops covered hereby are growing or are to be grown on, and any goods described in 1 (b) above which are or are to become fixtures are to be affixed to, the following-described real estate:

| Farm(s) or Other Real Estate * Owner | Approximate No. of Acres | County and State | Approximate Distance and Direction From a Named Town or Other Description |
|---|---|---|---|
| Theodore Anderson | 40 | Alaska | Four Corners on Palmer Wasilla HIghway, which is the intersection of the Palmer-Wasilla Hwy and TRunk Road |

Filed with: ☐ Filing Office in _____ County   ☒ Secretary of State

Adam S. Boyd (Signature of Debtor)

_____ (Signature of Debtor)

UNITED STATES OF AMERICA
By Charles W. Thompson
Title Agriculture Credit Director

(2) Filing Officer — Numerical
_____ State law, otherwise reputed owner.

USOA-FmHA FORM FmHA 440-A25 (Rev. 5-96)
FORM UCC-1 UNIFORM COMMERCIAL CODE

PALMER        AK 99645

COMMENTS: FS

RECEIPT - DO NOT PAY

Exhibit L
Page 1 of 1 pages