**2002-515997-9**
Recording Dist: 500 - UCC Central File
4/18/2002 11:23 AM Pages: 1 of 1

ALASKA

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

USDA Farm Service Agency
Alaska State Office
800 W. Evergreen, Suite 216
Palmer, AK 99645

Amend

**2002-516003-5**
Recording Dist: 500 - UCC Central File
4/18/2002 11:34 AM Pages: 1 of 1

ALASKA

**1a. INITIAL FINANCING STATEMENT FILE #** 431357

☐ REAL ESTATE RECORDS.

**2.** ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☒ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☒ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.
☐ DELETE name: Give record name to be deleted in item 6a or 6b.
☒ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

**6. CURRENT RECORD INFORMATION:**
6a. ORGANIZATION'S NAME

OR  6b. INDIVIDUAL'S LAST NAME: Boyd  FIRST NAME: Adam  MIDDLE NAME: S  SUFFIX:

**7. CHANGED (NEW) OR ADDED INFORMATION:**
7a. ORGANIZATION'S NAME

OR  7b. INDIVIDUAL'S LAST NAME: Broken A Ranch  FIRST NAME:  MIDDLE NAME:  SUFFIX:

7c. MAILING ADDRESS: PO Box 846  CITY: Palmer  STATE: AK  POSTAL CODE: 99645  COUNTRY: USA

7d. TAX ID #: SSN OR EIN  | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any ☐ NONE

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

(a) All crops, livestock, farm products, equipment, certificates of title, goods, supplies, inventory, accounts, deposit accounts, supporting obligations, contract rights, payment intangibles, general intangibles, investment property, gross receipts, equities, revolving funds, crop insurance indemnity payments, and all entitlements, benefits, and payments from all State and Federal farm programs;

(b) _____ ; and

(c) All proceeds, products, accessions, and security acquired hereafter.

Disposition of such collateral is NOT hereby authorized.

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

9a. ORGANIZATION'S NAME: UNITED STATES OF AMERICA acting through Farm Service Agency

OR  9b. INDIVIDUAL'S LAST NAME:  FIRST NAME:  MIDDLE NAME:  SUFFIX:

**10. OPTIONAL FILER REFERENCE DATA**

DEBTOR COPY - NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

Exhibit ___M___
Page __1__ of __1__ pages