☐AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of   ALASKA

UNITED STATES OF AMERICA,

V.

ADAM S. BOYD, KEY BANK N.A., DEBBIE J. BENNETT, and ROBERT S. BOYD.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3:06-CV-00141 RRB

TO: (Name and address of Defendant)

Robert S. Boyd
P.O. Box 929
Palmer, AK  99645-0929

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard L. Pomeroy
Assistant U.S. Attorney
222 W. 7th Avneue, Rm 253, #9
Anchorage, AK  99513-7567

an answer to the complaint which is served on you with this summons, within _____ 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

IDA [illegible]
CLERK

(By) DEPUTY CLERK

DATE   June 12, 2006

DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 W. 7th Avenue # 9
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Plaintiff


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:06-CV-00141 RRB |
| Plaintiff, | ) |
| vs. | ) DECLARATION OF SERVICE |
| ADAM S. BOYD, KEY BANK N.A., DEBBIE J. BENNETT, and ROBERT S. BOYD, | ) |
| Defendants. | ) |

SEAN M. ROBINSON hereby declares and states as follows:

1. That I am a paralegal in the Financial Litigation Unit for the Office of the United States Attorney.

2. On July 8, 2006, Robert S. Boyd was served via Certified United States Mail, Restricted Delivery, with the Summons and Complaint filed in the above-captioned case.

I hereby declare under penalty of perjury that the foregoing is true and correct except those matters stated upon information and belief, and as to those matters, I believe them to be true.

Executed this 18th day of July, 2006, at Anchorage, Alaska.

                                          s/Sean M. Robinson
                                        Paralegal
                                        222 W. 7th Ave., Rm 253, #9
                                        Anchorage, AK 99513-7567
                                        Phone: 907-271-5071
                                        Fax: 907-271-3224

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

| | |
|---|---|
| Postage $ | 2.31 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | 3.70 |
| Total Postage & Fees $ | 10.26 |

Postmark Here: 6-29-06

Article number: 7000 0520 0023 4549 0735

Recipient's Name: ROBERT S. BOYD
Street, Apt. No.; or PO Box No.: P.O. Box 929
City, State, ZIP+4: PALMER, AK 99645-0929

PS Form 3800, February 2000    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ROBERT S. BOYD
P.O. Box 929
PALMER, AK 99645-0929
— RESTRICTED DELIVERY —

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]    ☐ Agent / ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery: JUL -8 2006

[Palmer AK USPS postmark]

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☒ Yes

2. Article Number (Transfer from service label): 7000 0520 0023 4549 0735

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-2509