IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **United States of America**, ) | |
| ) | Case No. 3-06-141-RRB |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| **Adam S. Boyd**, **Key Bank NA**, ) | |
| **Debbie J. Bennett, and** ) | **Entry of Appearance** |
| **Robert S. Boyd,** ) | |
| Defendants ) | |

COMES NOW, M. GREGORY OCZKUS, and enters his appearance on behalf of Defendant, **Adam Boyd**, in the above captioned case and requests that all further pleadings in this matter be served upon M. Gregory Oczkus, at his law office located at 202 Hafling Building, 430 West Seventh Avenue, Anchorage, Alaska 99501.

DATED this 24th day of July, 2006.

Greg Oczkus Law Offices
Attorney for **Adam S. Boyd**

I hereby certify that a true and
copy of the foregoing was served
via US Mail on:

  /s/  M. Gregory Oczkus
M. Gregory Oczkus
AK Bar No. 7710145
430 West 7th Avenue, #202
Anchorage, Alaska 99501
Phone: 276-6550/Fax 258-6902
Gregmgolawoffice@acsalaska.net

Deborah M. Smith
Richard L. Pomeroy

_____

F:\B\Boyd\USDistrict\Documents\Entry.Adam