DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 W. 7th Avenue # 9
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:06-CV-00141 RRB |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) REQUEST TO ENTER DEFAULT |
| | ) AGAINST ROBERT S. BOYD AND |
| ADAM S. BOYD, KEY BANK N.A., | ) DEBBIE J. BENNETT |
| DEBBIE J. BENNETT, and | ) |
| ROBERT S. BOYD, | ) |
| | ) |
| Defendants. | ) |

Plaintiff, United States of America, through counsel, hereby applies to the Court for entry of Default in favor of the United States and against Defendants Robert S. Boyd and Debbie J. Bennett in this cause for failure to plead, answer, or otherwise defend, as required by law.

This Application is based on the record and file in this case and the attached Affidavit.

Dated this 3rd day of August, 2006, at Anchorage, Alaska.

        DEBORAH M. SMITH
        Acting United States Attorney

        s/RICHARD L. POMEROY
        Assistant U.S. Attorney
        222 West 7th Avenue # 9, Room 253
        Anchorage, AK 99513-7567
        Phone: (907) 271-5071
        Fax: (907) 271-2344
        Email: richard.pomeroy@usdoj.gov
        AK #8906031

I declare under penalty of perjury that a true and correct copy of the foregoing REQUEST TO ENTER DEFAULT was sent to the following on the 3rd day of August, 2006, via:

**electronically to**

M. Greg Oczkus, Esq.

**and via U.S. Mail to**

Robert S. Boyd
P.O. Box 929
Palmer, AK 99645-0929

Debbie J. Bennett
P.O. Box 875234
Wasilla, AK 99687-5234

Key Bank, N.A.
Attn: Patrice O'Connell
P.O. Box 100420
Anchorage, AK 99510-0420

s/RICHARD L. POMEROY