IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>  vs.<br><br>ADAM S. BOYD, KEY BANK N.A.,<br>DEBBIE J. BENNETT, and<br>ROBERT S. BOYD,<br><br>            Defendants. | ) Case No. 3:06-CV-00141 RRB<br>)<br>)<br>)<br>) [PROPOSED] ORDER<br>)<br>)<br>)<br>)<br>)<br>) |

Default is hereby ordered this ____ day of _____, 2006.

                              IDA ROMACK
                              CLERK OF COURT


                    By: _____
                            Deputy Clerk of Court