DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 W. 7th Avenue # 9
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail:  richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>  Plaintiff,  <br>  vs.  <br> ADAM S. BOYD, KEY BANK N.A., DEBBIE J. BENNETT, and ROBERT S. BOYD,  <br>  Defendants. | Case No. 3:06-CV-00141 RRB  <br>  <br> AFFIDAVIT IN SUPPORT OF REQUEST TO ENTER DEFAULT AGAINST ROBERT S. BOYD AND DEBBIE J. BENNETT |
| STATE OF ALASKA  <br> THIRD JUDICIAL DISTRICT | ss. |

     RICHARD L. POMEROY, being duly sworn under oath, deposes and states as follows:

    1.   That I am an Assistant U.S. Attorney for the District of Alaska, duly authorized to act as an attorney for the Plaintiff herein.

    2.   That Defendant Robert S. Boyd was served with a copy of the Summons and Complaint in this action on July 8, 2006, as

evidenced by the Return of Service which has been filed with the Court.

    3.    That Defendant Debbie J. Bennett was served with a copy of the Summons and Complaint in this action on July 12, 2006, as evidenced by the Return of Service which has been filed with the Court.

    4.    That to the best of my information and knowledge the Defendants are not infants or incompetent persons and are not in the military service within the purview of the Soldiers' and Sailors' Relief Act of 1940, as amended.

    6.    That more than twenty days, exclusive of the date of service, have elapsed since the Defendants were served with process, and no answer has been filed, and the time for doing so

//
//
//
//
//
//
//
//
//
//
//

//

//

//

has now fully elapsed, and therefore Defendants Robert S. Boyd and Debbie J. Bennett are now in Default.

FURTHER AFFIANT SAYETH NAUGHT.

*Richard L. Pomeroy*
RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: richard.pomeroy@usdoj.gov
AK #8906031

SUBSCRIBED AND SWORN TO before me this 2nd day of August, 2006, at Anchorage, Alaska.

*Brenda C. Birmingham*
NOTARY PUBLIC
State of Alaska
My commission expires: [illegible]

Affidavit in Support of Request to Enter Default
3:06-cv-00141 RRB                                    3