GREG OCZKUS LAW OFFICES
M. Gregory Oczkus
430 West 7th Avenue, #202
Anchorage, Alaska  99501
Telephone: (907) 276-6550

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **United States of America**, ) | |
| ) | Case No. 3-06-141-RRB |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| **Adam S. Boyd**, **Key Bank NA**, ) | ANSWER |
| **Debbie J. Bennett, and** ) | |
| **Robert S. Boyd,** ) | |
| Defendants ) | |

COMES NOW Adam S. Boyd, by and through his attorney of record, and herein advises the court that he signed the notes identified in the complaint and does not contest liability.

Adam S. Boyd reserves the right to challenge the government's disposal of the collateral to make sure that it is done in a commercially reasonable manner.

DATED: 8-17-06                GREG OCZKUS LAW OFFICES


                              By:   /s/   M. Gregory Oczkus

G:Boyd/US/Docs/Adam