GREG OCZKUS LAW OFFICES
M. Gregory Oczkus
430 West 7th Avenue, #202
Anchorage, Alaska 99501
Telephone: (907) 276-6550

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| **United States of America,** | ) | |
| | ) | Case No. 3-06-141-RRB |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| **Adam S. Boyd, Key Bank NA,** | ) | |
| **Debbie J. Bennett, and** | ) | |
| **Robert S. Boyd,** | ) | |
| Defendants | ) | |

## AFFIDAVIT OF SERVICE

STATE OF ALASKA           )
                          : ss.
THIRD JUDICIAL DISTRICT ) 

    I, M. Gregory Oczkus, being first duly sworn, depose and state:

    1.    I am the attorney for Adam S. Boyd in the above-captioned case.

    2.    On the 17th day of August, 2006, I served, via electronic service and via U.S. Mail, a true and correct copy of defendant's Answer on:

| | |
|---|---|
| Deborah M. Smith | Richard L. Pomeroy |
| Acting US Attorney | Asst. US Attorney |
| 222 W 7th Ave, #9 | 222 W 7th Ave, #9 |
| Anch., AK 99513-7567 | Anch., AK 99513-7567 |

DATED: GREG OCZKUS LAW OFFICE

By: /s/ M. Gregory Oczkus
Ak Bar #7710145

SUBSCRIBED AND SWORN to before me the undersigned Notary Public this 17th day of August, 2006.

Notary Public in and for Alaska
My Commission Expires: 12-6-06

G:Boyd/US/Docs/Aff of Mailing

-2-