DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ADAM S. BOYD; KEY BANK NA; DEBBIE J. BENNETT; and BOB BOYD,<br><br>Defendants. | Case No. 3:06-cv-00141-RRB<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT KEY BANK, N.A.** |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff stipulates to dismissal of Defendant Key Bank, N.A. from this case. Key Bank's August 18, 2003 lien is limited to asserting a security interest in a 2004 Suzuki ATV, which is not subject to the security interests of the Plaintiff.

KEY BANK, N.A.

Dated: *16 August 2006*    _____
Charles Eddy
Vice President
Asset Recovery Group (AK)
P.O. Box 100420
Anchorage, AK 99510-0420
Phone: (907) 562-6100
Fax: (907) 564-0414

DEBORAH M. SMITH
Acting United States Attorney

Dated: *8 August 2006*    _____
Richard L. Pomeroy
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
AK #8906031

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury
that a true and correct copy of the foregoing
STIPULATION FOR DISMISSAL OF
DEFENDANT KEY BANK N.A.
was sent to the following on the 22nd day of August, 2006:

via U.S. Mail to

M. Greg Oczkus, Esq.
202 Hafling Building
430 West 7th Avenue
Anchorage, AK 99501

Robert S. Boyd
P.O. Box 929
Palmer, AK 99645-0929

Debbie J. Bennett
P.O. Box 875234
Wasilla, AK 99687-5234

Key Bank, N.A.
Attn: Patrice O'Connell
P.O. Box 100420
Anchorage, AK 99510-0420


s/RICHARD L. POMEROY


USA v. Boyd, et al.
Case No.                                                3