DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>ADAM S. BOYD; KEY BANK NA; DEBBIE J. BENNETT; and BOB BOYD,<br><br>Defendants. | Case No. 3:06-cv-00141-RRB<br><br>[~~PROPOSED~~] ORDER |

The Court, having considered the Stipulation for Dismissal submitted by Plaintiff United States of America and Key Bank, N.A., hereby Orders that Defendant Key Bank be dismissed from this action.

_8/23/06_
DATE

_/s/ RRB_
RALPH R. BEISTLINE
United States District Court Judge