NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail:  richard.pomeroy@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ADAM S. BOYD; KEY BANK NA; DEBBIE J. BENNETT; and BOB BOYD,<br><br>　　　　Defendants. | Case No. 3:06-cv-00141-RRB<br><br>**SCHEDULING AND PLANNING CONFERENCE REPORT** |

1.　　**Meeting**. In accordance with F.R.Civ.P. 26(f), a meeting was held on

September 29, 2006, and was attended by:

　　　　Richard L. Pomeroy, attorney for the plaintiff

　　　　Greg Oczkus, attorney for defendant Adam Boyd

The parties recommend the following:

2.      Liability has been admitted by defendant Adam Boyd.  Default has been entered against Defendants Debbie Bennett and Robert Boyd.  Defendant Key Bank has been dismissed.

Plaintiff and defendant Adam Boyd are exploring a possible settlement arrangement for the admitted liability.  Defendant is in the process of accounting for the collateral.

This is not a case in which discovery will be required.  The parties request that they be allowed an additional thirty (30) days to explore settlement.  On or before October 30, 2006, the parties will either file a Status Report as to the status of settlement or plaintiff will file a motion for entry of judgment.

Dated: September 29, 2006            NELSON P. COHEN
                                     United States Attorney


.                                    s/ RICHARD L. POMEROY
                                     Assistant U.S. Attorney
                                     222 West 7th Ave., #9, Rm. 253
                                     Anchorage, AK 99513-7567
                                     Phone: (907) 271-5071
                                     Fax: (907) 271-2344
                                     E-mail:  richard.pomeroy@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2006,
a copy of the foregoing SCHEDULING AND
PLANNING CONFERENCE REPORT
 was served

**electronically to**

M. Greg Oczkus, Esq.

**and via U.S. Mail to**

Robert S. Boyd
P.O. Box 929
Palmer, AK 99645-0929

Debbie J. Bennett
P.O. Box 875234
Wasilla, AK 99687-5234


s/ RICHARD L. POMEROY