UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


 USA  v.  ADAM BOYD 

DATE:  October 3, 2006         CASE NO.   3:06-cv-0141-RRB 

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS**
**RE STATUS REPORT**

---

Pursuant to the Scheduling and Planning Conference Report filed by the parties at Docket 16, a status report or a motion for entry of judgment will be filed by the close of business on **Monday, October 30, 2006.**