NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 W. 7th Avenue # 9
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) Case No. 3:06-CV-00141 RRB |
|---|---|
| Plaintiff, | ) |
| vs. | ) MOTION FOR ENTRY OF CONSENT ) JUDGMENT |
| ADAM S. BOYD, KEY BANK N.A., DEBBIE J. BENNETT, and ROBERT S. BOYD, | ) |
| Defendants. | ) |

     Plaintiff, the United States of America, by and through the United States Attorney for the District of Alaska, submits the attached Stipulation for Entry of Consent Judgment and Affidavit of Amount Due and requests the Court to enter judgment against Defendant Adam S. Boyd upon the claims and agreements as set forth therein.

//

//

Dated this 1st day of November, 2006, at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney


s/RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: richard.pomeroy@usdoj.gov
AK #8906031


I declare under penalty of perjury that a true and correct copy of the foregoing Motion for Entry of Consent Judgment and Affidavit of Amount Due was sent to the following counsel of record on 1st day of November, 2006, via:

    (X) Electronically

M. Greg Oczkus, Esq.
430 W. 7th Avenue, #202
Anchorage, AK 99501


Executed at Anchorage, Alaska, on 1st day of November, 2006.


s/Sean Robinson
Office of the U.S. Attorney