IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-CV-00141 RRB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | [Proposed] ORDER |
| | ) | |
| ADAM S. BOYD, KEY BANK N.A., | ) | |
| DEBBIE J. BENNETT, and ROBERT | ) | |
| S. BOYD, | ) | |
| | ) | |
| Defendants. | | |

Plaintiff and Defendant Adam S. Boyd, having agreed and

stipulated to the following terms and conditions, and the Court

having reviewed and considered the Stipulation for Consent

Judgment that was filed by said parties, hereby ORDERS:

1.   That judgment be entered in favor of the United States

of America and against Defendant Adam S. Boyd in the following

amounts:

Principal:                                                       $131,627.05

Pre-judgment interest (3.25% per annum)
accrued thru October 27, 2006:                                   $15,185.17

Pre-judgment interest which continues
to accrue at the rate of $11.72 per day after
October 27, 2006, to entry of judgment
(_____ days):                                                    $_____

Administrative Costs:                                               $0.00
_____


TOTAL JUDGMENT (Total of Items Above):                           $_____

2.    That the personal property described in paragraph 8 of the Complaint is hereby foreclosed and may be sold by representatives of the Farm Service Agency and/or the United States Marshal (hereafter "Seller") in accordance with 28 U.S.C. § 2001 et seq., with the proceeds of the said sale applied first to the costs and expenses of making said sale and then to the payment of the sums due the Plaintiff on its cause of action, free and clear of any claims and rights which may be asserted by the debtor(s).

3.    The Seller shall execute a Bill of Sale in favor of the purchaser of the pieces of personal property listed in Paragraph 8 of the Complaint and the purchaser shall be let into immediate possession of the premises upon production of the Marshal's Certificate of Sale.  Ten percent of the purchase price must be paid by the successful bidder on the date of the sale and the balance within fifteen days of the date of sale.

4.    The Seller shall apply the proceeds of the sale first to expenses of sale, then to the Plaintiff's costs in this suit, then to payment and satisfaction of said judgment as set forth in the pleadings in this case.  If the property should sell for more than sufficient to pay off and satisfy said sums of money, then any remaining proceeds from said sale shall be disposed of pursuant to further order of this court.

5.     After sale of said foreclosed property and the

realization of all sale proceeds, plaintiff shall be entitled to pursue deficiency collection of the remaining unpaid balance of this debt, without further order of the Court.

    6.   Post-judgment interest shall accrue on the total judgment amount at the rate of _____\%, as provided by 28 U.S.C. § 1961, from date of entry of judgment until the debt is paid in full or otherwise satisfied.

    It is so ORDERED.


_____     _____
Date:                        **RALPH R. BEISTLINE**
                                   United States District Court Judge