NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 W. 7th Avenue # 9
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Plaintiff


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:06-CV-00141 RRB |
| Plaintiff, ) | |
| v. ) | **AFFIDAVIT OF AMOUNT DUE** |
| ADAM S. BOYD, KEY BANK N.A., ) DEBBIE J. BENNETT, and ROBERT ) S. BOYD, ) | |
| Defendants. ) | |
| STATE OF ALASKA ) THIRD JUDICIAL DISTRICT ) | ss. |

RICHARD L. POMEROY, being duly sworn under oath, deposes and states as follows:

1. That I am the attorney for the plaintiff in the above entitled action.

2. That, since the Stipulation for Entry of Consent Judgment was signed by defendant, no additional payments have

been made toward reduction of the debt set forth in the Complaint herein.

3.  That the current principal balance now owed on the debts set forth in the Complaint is $131,627.05, with prejudgment interest accrued through October 27, 2006, in the amount of $15,185.17 (and which continues to accrue interest at the annual rate of 3.25%, or $11.72 per day until judgment is entered).

4.  That plaintiff's Motion for Entry of Consent Judgment is now submitted to the Court pursuant to signed Stipulation.

5.  Plaintiff is accordingly justified to request entry of judgment at this time in the amounts set forth above.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

*Richard L. Pomeroy*
RICHARD L. POMEROY
ASSISTANT U.S. ATTORNEY

SUBSCRIBED AND SWORN TO before me this 1st day of November, 2006, at Anchorage, Alaska.

*Traci Ross*
NOTARY PUBLIC
State of Alaska
My commission expires: 11/17/08