NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 W. 7th Avenue # 9
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-CV-00141 RRB |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ADAM S. BOYD, KEY BANK N.A., | ) | STIPULATION FOR ENTRY OF |
| DEBBIE J. BENNETT, and ROBERT | ) | CONSENT JUDGMENT |
| S. BOYD, | ) | |
| Defendants. | ) | |

IT IS HEREBY stipulated and agreed by and between the
Plaintiff and Defendant Adam S. Boyd as follows:

1.    That Defendant Adam S. Boyd has been served with a copy
of the filed Complaint in this action and is familiar with the
information contained therein.

2.    That judgment may be entered for the United States of
America and against Defendant Adam S. Boyd in the following
amounts and upon the following terms and conditions.

3.    Judgment may be entered against Defendant Adam Boyd and shall include the principal sum of $131,627.05, interest in the amount of $15,185.17 which has accrued through October 27, 2006, plus interest which continues to accrue therefrom on the unpaid principal at the rate of 3.25% per annum ($11.72 per day) to date of judgment.

4.    Judgment shall be entered for the total amounts set forth in Paragraph 3, above, minus any amounts paid prior to entry of judgment.  Any amounts so paid shall be set forth in an affidavit filed by plaintiff at the time application for entry of judgment is made to the Court.

5.    That the personal property described in paragraph 8 of the Complaint is hereby foreclosed and may be sold by representatives of the Farm Service Agency and/or the United States Marshal (hereafter "Seller") in accordance with 28 U.S.C. § 2001 et seq., with the proceeds of the said sale applied first to the costs and expenses of making said sale and then to the payment of the sums due the Plaintiff on its cause of action, free and clear of any claims and rights which may be asserted by the debtor(s).

6. Defendant Adam Boyd agrees to cooperate in the turn over of any collateral upon receipt of written demand.

7.    The Seller shall apply the proceeds of the sale first to expenses of sale, then to the Plaintiff's costs in this suit,

Stipulation for Consent Judgment,
Case 3:06-cv-00141 RRB                    **2**

then to payment and satisfaction of said judgment as set forth in the pleadings in this case. If the property should sell for more than sufficient to pay off and satisfy said sums of money, then any remaining proceeds from said sale shall be disposed of pursuant to further order of this court.

8. After sale of said foreclosed property and the realization of all sale proceeds, plaintiff shall be entitled to pursue deficiency collection of the remaining unpaid balance of this debt, without further order of the Court.

9. Post-judgment interest shall accrue on the total judgment amount at the rate of _____ %, as provided by 28 U.S.C. § 1961, from date of entry of judgment until the debt is paid in full or otherwise satisfied.

RESPECTFULLY SUBMITTED the 31st day of October, 2006, at Anchorage, Alaska.

NELSON P. COHEN
UNITED STATES ATTORNEY

_31 Oct 2006_
Date

_Richard L Pomeroy_

RICHARD L. POMEROY
Assistant U.S. Attorney
222 W. 7th Avenue # 9
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
Alaska Bar No. 8906031

Stipulation for Consent Judgment,
Case 3:06-cv-00141 RRB

3

TOTAL P.05

GREG OCZKUS LAW OFFICE

_____ 10/31/06
Date

M. GREG OCZKUS
430 W. 7th Ave., Suite 202
Anchorage, Alaska 99501
Phone: (907) 276-6650
Fax: (907) 258-6902
Alaska Bar No. 7710145

ATTORNEY FOR DEFENDANT

Stipulation for Consent Judgment,
Case 3:06-cv-00141 RRB

1