NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail:  richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>ADAM S. BOYD; KEY BANK NA;<br>DEBBIE J. BENNETT; and BOB BOYD,<br><br>Defendants. | Case No.  3:06-cv-00141-RRB<br><br><br>**STATUS REPORT** |

Pursuant to this Court's Order at Docket 22, Plaintiff provides the following status report.

At Docket 10, default was entered against defendants Debbie Bennett and Robert "Bob"

Boyd.  At Docket 14, the Court granted the stipulation to dismiss defendant Key Bank.  At

Docket 21, the Court granted and entered the Order for stipulated judgment to be entered against

defendant Adam S. Boyd.  Counsel for the plaintiff and defendant Adam Boyd have discussed

post-judgment options concerning the conversion of the collateral.

Forthwith Plaintiff will move for entry of default judgment as to defendants Bennett and

Robert Boyd.  Upon entry of default judgment, judgment will have been entered as to all

defendants and final judgment can be entered.

Respectfully requested this 15th day of December, 2006, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Richard L. Pomeroy
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
Alaska Bar No.8906031

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2006,
a copy of the foregoing Status Report was served
electronically to

M. Greg Oczkus, Esq.

and via U.S. Mail to

Robert S. Boyd
P.O. Box 929
Palmer, AK 99645-0929

Debbie J. Bennett
P.O. Box 875234
Wasilla, AK 99687-5234

s/ Richard L. Pomeroy

USA v. Boyd, et al.
Case No. 3:06-cv-00141-RRB