NELSON P. COHEN
Acting United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 W. 7th Avenue # 9
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail:  richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | Case No. 3:06-CV-00141 RRB |
| ) | |
| Plaintiff,   ) | |
| ) | |
| vs.   ) | NOTICE OF DISMISSAL OF |
| ) | DEFENDANTS ROBERT S. BOYD AND |
| ADAM S. BOYD, KEY BANK N.A.,   ) | DEBBIE J. BENNETT |
| DEBBIE J. BENNETT, and   ) | |
| ROBERT S. BOYD,   ) | |
| ) | |
| Defendants.   ) | |

COMES NOW the United States of America, by and through counsel, and, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), submits its notice of dismissal without prejudice in this action against defendants Robert S. Boyd and Debbie J. Bennett.

Neither Mr. Boyd or Ms. Bennett filed an answer to the complaint in this action or other responsive pleadings, and

both were defaulted on August 15, 2006.  Mr. Boyd, on October 17, 2006, died and there appears to be little prospect of recovery from his estate.  Ms. Bennett was included in the defendant list for this case due to the possibility that she might possess an ownership interest in all or some of the property at issue.  It has been determined that she does not.

Plaintiff hereby gives notice of the dismissal of Robert S. Boyd and Debbie J. Bennett.  In light of this dismissal, the prior dismissal of defendant Key Bank, and the prior entry of judgment against Adam S. Boyd, it appears that no issues or claims remain unresolved in this case and that it may be closed.

Dated this 27th day of December, 2006, at Anchorage, Alaska.

    NELSON P. COHEN
    United States Attorney


    s/RICHARD L. POMEROY
    Assistant U.S. Attorney
    222 West 7th Avenue # 9, Room 253
    Anchorage, AK 99513-7567
    Phone: (907) 271-5071
    Fax: (907) 271-2344
    Email: richard.pomeroy@usdoj.gov
    8906031

I declare under penalty of perjury that a true and correct copy of the foregoing <u>NOTICE OF DISMISSAL</u> was sent to the following counsel of record on _____ day of December, 2006, via:

    (X) Electronic Notice

M. Greg Oczkus, Esq.
430 W. 7th Avenue, #202
Anchorage, AK 99501

    (X) U.S. Mail

Robert S. Boyd
c/o Estate of Robert S. Boyd
P.O. Box 929
Palmer, AK 99645-0929

Debbie J. Bennett
P.O. Box 875234
Wasilla, AK 99687-5234


Executed at Anchorage, Alaska, on _____ day of December, 2006.

_____
Office of the U.S. Attorney